UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

ANTHONY BURGOS,

     Plaintiff,

v.

DESIGNER FRAGRANCES &
COSMETICS COMPANY d/b/a
KIEHL'S and L'OREAL USA, INC.
d/b/a KIEHL'S.

     Defendants.

_____/

## NOTICE OF REMOVAL

Defendants, Designer Fragrances & Cosmetics Company d/b/a Kiehl's ("Defendant Designer Fragrances") and L'Oreal USA, Inc. d/b/a Kiehl's ("Defendant L'Oreal")(collectively "Defendants"), by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, where the action is now pending, to the United States District Court for the Southern District of Florida, on the grounds of federal question jurisdiction.  The removal of this action is based upon the following:

## PROCEDURAL HISTORY

1.     On June 11, 2019, Plaintiff filed the instant action against Designer Fragrances & Cosmetics Company in the 11th Judicial Circuit, in and for Miami-Dade County under the case name styled *Anthony Burgos v. Designer Fragrances & Cosmetics Company d/b/a Kiehl's,* 11th Judicial Circuit in and for Miami-Dade County Case No. 2019-017539-CA-01.

2.     Plaintiff's Complaint contained the following causes of action: (1) Discrimination in Violation of the Florida Civil Rights Act (Count I); and (2) Discrimination in violation of Title VII of the Federal Civil Rights Act and 42 U.S.C. § 1981a (Count II).

3.     Defendant Designer Fragrances was served with the Summons and Complaint on August 11, 2019, via its Registered Agent in Florida.  No response was timely served or filed by Defendant Designer Fragrances due to an internal clerical error and oversight.

4.     On September 24, 2019, Plaintiff filed his Motion for Clerk's Default as to Defendant Designer Fragrances, followed by an amended Motion for Default on October 18, 2019.  The Clerk issued a Clerk's default as to Defendant Designer Fragrances on January 8, 2020.

5.     On June 17, 2020, Plaintiff served an Amended Complaint on Defendant L'Oreal in which Defendant L'Oreal was added as a defendant party to the lawsuit already pending in the state court (hereinafter referred to as the "State Court Action").

6.     Upon receiving this Amended Complaint, Defendant L'Oreal retained undersigned counsel.  After examining the docket, undersigned counsel learned of the default against Designer Fragrances.

7.     Undersigned counsel contacted Plaintiff's counsel to seek an agreement on this motion to vacate the Clerk's default.  Plaintiff's counsel agreed to this requested relief and the Court entered an Order setting aside the default as to Defendant Designer Fragrances on July 9, 2020.

**GROUNDS FOR REMOVAL**

8.     The State Court action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331, because Plaintiff has asserted a claim

2

under Title VII of the Federal Civil Rights Act and 42 U.S.C. § 1981a .  This Court has supplemental jurisdiction over Plaintiff's Florida Civil Rights Act claim pursuant to 28 U.S.C. § 1367(a).

9.     Defendant L'Oreal was served with a copy of the Amended Complaint and Summons in the State Court Action on June 17, 2020.  This constituted Defendant L'Oreal's first legal notice of the State Court Action for purposes of removal.[1]  Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which Defendant L'Oreal received notice of the State Court Action.

10.    This case is one that may be removed to this Court pursuant to 28 U.S.C. §§  1441 and 1446.

11.    The District and Division where this action is pending is the United States District Court for the Southern District of Florida, Miami Division, and Defendants properly seek to remove this action to this Court.  *See* 28 U.S.C. § 1441(a).

12.    A true and correct copy of all process, pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action are attached hereto as Composite Exhibit "A," as required by 28 U.S.C. § 1446(a).

13.    Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly file a copy of this Notice of Removal in the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida, and simultaneously provide written notice of the filing of this Notice of Removal to Plaintiff (Exhibit "B") as reflected by the Certificate of Service.

---

[1] *See Bailey v. Janssen Pharmaceutica, Inc.*, 2008 WL 2894742 (11th Cir. July 29, 2008)(adopting the "later-served" defendant rule for removals in which the limitations period for removal of case expires upon thirty days from service on the last-served defendant, with consent of earlier-served defendants).  Here, Defendant Designer Fragrances, an affiliate of Defendant L'Oreal consents to the removal.

DATED this 16th day of July 2020.          Respectfully submitted,

LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida  33131
Tel:  (305) 400-7500
Fax: (305) 603-2552

By**:** */s/ Stella S. Chu*
     Sherril M. Colombo, Esq.
     Florida Bar No. 948799
     E-Mail:  scolombo@littler.com
     Secondary:  kljackson@littler.com
     Stella S. Chu, Esq.
     Florida Bar No. 060519
     E-mail: sschu@littler.com
     Secondary:  kljackson@littler.com
     LITTLER MENDELSON, P.C.
     Wells Fargo Center
     333 SE 2nd Avenue, Suite 2700
     Miami, FL  33131
     Telephone:  (305) 400-7500
     Facsimile:   (305) 603-2552

*ATTORNEYS FOR DEFENDANTS*

4